IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02256-NRN

JANE DOE,

    Plaintiff,

v.

GLENN BREAZEAL,

    Defendant.

---

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

    It is hereby ORDERED that Plaintiff's Motion to Proceed Under a Pseudonym with Incorporated Authority (ECF No. 2) is GRANTED.

Date: May 26, 2026